UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STERLING SAMM,[1] | No. 2:24-cv-1987 CSK P |
| Petitioner, | |
| v. | ORDER |
| GENA JONES, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a), 1915(a). Petitioner is provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

---

[1] The docket reflects "Sterling Sam." However, petitioner spells his last name "Samm." The Clerk of the Court is directed to change petitioner's name in the Court record to "Samm."

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district, and to change petitioner's last name to "Samm."

Dated: July 29, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/samm1987.101a